IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24CR00113-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST HAWKINS, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>CAROLINAS TELCO FEDERAL )<br>CREDIT UNION, )<br>)<br>Garnishee. ) | ORDER TO UNSEAL |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #66], and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #70, 70-1] in the above-captioned case be unsealed.

This the __31__ day of July, 2025.

_____
JAMES C. DEVER III
United States District Court Judge